# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0043.  TORRIEL DEYON LEWIS v. CHICAGO TITLE INSURANCE COMPANY.**

On August 17, 2020, Torriel Deyon Lewis, appearing *pro se*, filed an application for discretionary appeal from a July 17, 2020 order granting Chicago Title Insurance Company's motion for summary judgment and entering a final judgment awarding it $45,000, plus court costs and post-judgment interest.  The trial court's order, however, is subject to direct appeal.

OCGA § 5-6-34 (a) (1) authorizes direct appeals from "final judgments, that is to say, where the case is no longer pending in the court below[.]" And pursuant to OCGA § 9-11-56 (h), "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal." This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this discretionary application is hereby GRANTED. Lewis shall have ten days from the date of this order to file a notice of appeal in the trial court. If Lewis has already filed a notice of appeal from the order at issue here, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/08/2020_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*